UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STREETDELIVERY.COM, INC.,
Plaintiff

CIVIL ACTION NO. 03-10590-DPW

v.

PAUL CEGLIA, ET AL.,
Defendants

## SETTLEMENT ORDER OF DISMISSAL

WOODLOCK, District Judge

The Court having been advised this date that the above-entitled action has been settled with respect to all parties;

IT IS ORDERED that the above captioned matter be, and it hereby is, DISMISSED without costs and without prejudice to the right of any party upon good cause shown within 30 days, to reopen the action if settlement is not consummated, otherwise the parties shall file a Stipulation of Dismissal or an Agreement for Judgment with the Court no later than **JUNE 15, 2003.**

The conference previously set for May 27, 2003 is canceled.

BY THE COURT,

_____
Deputy Clerk

DATED: May 15, 2003