UNITED STATES DISTRICT CPURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2003 JUN 25 P 4: 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| STREETDELIVERY.COM, INC. )<br>Plaintiff, )<br> )<br>v. )<br> )<br>PAUL CEGLIA and )<br>U.S. DATA BASICS, INC. )<br>Defendants ) | Civil Action No. 03-10590-DPW |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate to its dismissal with prejudice and without costs.

PAUL CEGLIA and U.S. DATA BASICS, INC.
By their attorneys,

_____
Mark D. Robins (BBO No. 559933)
Nixon Peabody LLP
101 Federal Street
Boston, MA  02110
617-345-1000

STREETDELIVERY.COM, INC.
By its attorneys,

_____
Sibley P. Reppert (BBO No. 416900)
Lahive & Cockfield LLP
28 State Street
Boston, MA  02109-1784
617-227-7400

Certificate of Service

I hereby certify that I served the foregoing on all parties of record by first-class mail on this 25th day of June, 2003.

_____
Sibley P. Reppert